UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BETH BREITWEISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-01687-TWP-MJD |
| ) | |
| INDIANA DEPARTMENT OF CHILD ) | |
| SERVICES, ) | |
| MARY BETH BONEVENTURA, ) | |
| PEGGY SURBEY, ) | |
| NOLA HUNT, ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation [Dkt. 103] on Defendants' Motion for Judgment on the Pleadings [Dkt. 47]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Accordingly, Defendants' Motion for Judgment on the Pleadings is **GRANTED IN PART** and **DENIED IN PART**. Specifically, Plaintiff's Fourth Amendment and due process claims, Counts I and II of the Amended Complaint [Dkt. 42], shall proceed against Defendant Nola Hunt in her individual capacity. All other claims against all other Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to update the caption to reflect Defendant Hunt as the sole remaining Defendant.

Date: 11/29/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

E. Scott Treadway
EST LAW, LLC
scott@estlawllc.com

William Hackl Brainard
INDIANA ATTORNEY GENERAL
william.brainard@atg.in.gov

Raymond J. Biederman
MATTINGLY BURKE COHEN & BIEDERMAN LLP
raymond.biederman@mbcblaw.com

Matthew Keith Phillips
OFFICE OF THE ATTORNEY GENERAL
matthew.phillips@atg.in.gov